MEMORANDUM
TO THE HONORABLE SANDRA L. TOWNES
United States District Judge

Re: Charles McClean
Docket No.: 06-CR-806
Sentence date: December 21, 2007

RECEIVED
in Chambers of
U.S. District Judge
SANDRA L. TOWNES

DEC -6 2007

Reference is made to our memorandum of November 2, 2007, in which we apprised Your Honor of the ongoing delay in the presentence investigations of the co-defendants in this case.

The delay in the presentence investigation also applies to the above-named defendant. In view of the scheduled sentence date and our obligation to the Court to conduct the presentence investigation and timely disclose the report to all parties, we respectfully request an adjournment of the sentence date until such time that the Government is able to provide the information to allow the investigations to proceed. Notably, the sentence date for co-defendants Donato DiCamillo, Anthony Souza, Charles Fusco and Michael Arminante has been adjourned to February 22, 2008. We apologize for any inconvenience.

Respectfully Submitted,

Tony Garoppolo
Chief U.S. Probation Officer

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ DEC 2 8 2007 ★
P.M. Docketing
TIME A.M. _____

Prepared by: _____
Carol Sewell Rhoden
Supervising U.S. Probation Officer
(347) 534-3727

Date: December 5, 2007

cc:   John Buretta, Esq.                    Barry Turner, Esq.
      Assistant United States Attorney      Defense Attorney

Page 2
Charles McLean

__X__ Adjournment Request Granted

_____ Adjournment Request Denied

Comments: _____
_____

s. SLT
_____   Date _12/19/07_
The Honorable Sandra L. Townes
United States District Judge